AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
8/27/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
8/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VV___ DEPUTY

United States of America

v.

KATHERINE CARRENO,

Defendant(s)

Case No.   2:25-mj-05291-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 27, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault of a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Frank Pellegrini, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   8/27/2025

Judge's signature

City and state:   Los Angeles, California    Hon. Margo A. Rocconi, U.S. Magistrate Judge
*Printed name and title*

SAUSA: Blake Hannah

**AFFIDAVIT**

I, Frank Pellegrini, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I, Frank Pellegrini, have been a Criminal Investigator (Special Agent) with the Federal Protective Service (FPS) since September of 2017. I am currently assigned to the Sacramento area, investigating violations of federal law in the Eastern District of California. I am a sworn federal law enforcement officer and have authority to investigate federal offenses pursuant to Title 18 of the United States Code. I am certified to work as a Criminal Investigator with FPS after completing the Federal Law Enforcement Training Center's (FLETC) Criminal Investigator Training Program at Glynco, Georgia.

2. Prior to my time as a criminal investigator, I was a uniformed police officer (Inspector) with FPS dating back to February of 2009. During that time, I was also employed as a K9 officer from 2011 to 2017. I was certified to work as an Inspector with FPS after completing FLETC's Uniformed Police Training Program in Glynco, Georgia. I was certified to work as a K9 Handler with FPS after completing Auburn University's Canine Explosives Detection Training Course in Auburn, Alabama.

3. During my employment with FPS, I have performed law enforcement duties with the Federal Government, enforcing United States Code, Code of Federal Regulation, California Penal Code and California Vehicle Code as an official under Title 40 United States Code, Section 1315 along with PC 830.5/PC 832. I am

experienced writing and submitting criminal complaints and affidavits in pursuit of search and arrest warrants at both the Federal and State level. I am experienced in the collection and processing of evidence. I have experience interviewing suspects, subjects, complainants, victims, and witnesses to gather relevant case information. I have served search warrants, arrest warrants, and bench warrants for crimes on both State and Federal violations. I continually work with federal agencies, state departments, and civilian sources to make multi-jurisdictional arrests.

## II. **PURPOSE OF AFFIDAVIT**

4.   This affidavit is made in support of a criminal complaint and arrest warrant for KATHERINE CARRENO ("CARRENO") for a violation of 18 U.S.C. § 111(a)(1).

5.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

### III. STATEMENT OF PROBABLE CAUSE

6. Based on my interviews, along with a review of video surveillance footage and photographs, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A. Ongoing Immigration-Related Protest in Downtown Los Angeles**

7. On August 25, 2025, individuals protesting federal immigration enforcement operations gathered near the parking garage entrance of the Roybal Federal Building and U.S. Courthouse located at 255 East Temple Street, Los Angeles, CA 90012 ("Roybal"). Protestors previously tried to block government cars entering and exiting Roybal, struck the cars with their hands and other objects, used flashlights to blind the officers driving the cars, and verbally taunted officers with obscenities using megaphones. As a result, the Army National Guard, Customs and Border Protection Special Response Team, and FPS Officers were assigned to protect Roybal.

**B. CARRENO Assaults Federal Officer H.P.**

8. At approximately 9:30 p.m. on August 25, 2025, federal officers, including FPS Officer H.P., FPS Officer K.M. and FPS Officer C.T., were present at the Alameda Street vehicular entry gate to the Roybal parking garage when an individual, later identified as CARRENO, stood in front of a vehicle attempting to enter Roybal, thus blocking the vehicle from entering. Several other persons were blocking the gate as well. Officer H.P. approached giving two loud commands to move back. All persons

complied with the commands and moved except for CARRENO. Officer H.P. pushed CARRENO backwards and away from the front of the vehicle. CARRENO then raised her hand and brought it down in a slapping/chopping motion onto Officer H.P.'s left forearm. CARRENO then repeated the movement, slapping Officer H.P. a second time before being detained.

### IV. CONCLUSION

9. For all the reasons described above, there is probable cause to believe CARRENO violated 18 U.S.C. § 111(a)(1), Assault on a Federal Officer.

                                                /s/
Frank Pellegrini, Special Agent
Federal Protective Service

Subscribed to and sworn before me this 27th day of August, 2025.

HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE